No. 11–5817.  WILSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5820.  VAZQUEZ RIQUELME v. DE JESUS ET AL.  Sup. Ct. P. R.  Certiorari denied.

No. 11–5828.  LOFTON v. STEWARD, WARDEN.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 11–5843.  WRIGHT v. OLD CASTLE GLASS INC. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–5845.  MILLER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5850.  HUNT v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–5860.  MEDERS v. HALL, WARDEN.  Super. Ct. Butts County, Ga.  Certiorari denied.

No. 11–5861.  MENDEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5869.  CAVE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5873.  GASKINS v. DUVAL.  C. A. 1st Cir.  Certiorari denied.

No. 11–5878.  MOLIERE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–5879.  WILSON v. TREVINO, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–5881.  TIDWELL v. BUTLER, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.